# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**TO:**  
Richard C. Devor, Jr., Esquire

**In re:** Colette NMN Mapp

**Case Number** 17–30630–KRH  
**Chapter** 13

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*43* – Amended/Modified Chapter 13 Plan and Related Motions (Re: related document(s)2 Chapter 13 Plan and Related Motions filed by Colette NMN Mapp) filed by Richard C. Devor Jr. of Central Virginia Legal Aid Society on behalf of Colette NMN Mapp. Confirmation Hearing to be held on 7/19/2017 at 11:10 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. Objections to Plan due by 7/19/2017. (Devor, Richard)

**VOLUNTARY PETITION/AMENDMENT OR CONVERSION OF PETITION, LISTS OR SCHEDULES [FRBP 1007; IR 1007; LBR 1009–1]:**

- ▁ Caption of Petition not in compliance with FRBP 1005. Social Security number or employer's tax identification number of debtor(s) incomplete or omitted. (NOTE: Only the last four digits of the SSN should appear on any document filed. The full SSN should only be entered electronically into ECF when the case is filed or submitted to the Court on Official Form 121.)
- ▁ Corporate petition not accompanied by Corporate Ownership Statement [FRBP 1007(a)(1)]*
- ▁ Not accompanied by a properly completed Amendment Cover Sheet*.
- ▁ Not in substantial compliance with the correct version of the Amendment Cover Sheet*.
- ▁ Not accompanied by notice to the United States Trustee, any trustee appointed, and to any and all entities affected by the amendment*.
- ▁ **CONVENTIONAL (PAPER) FILINGS:** Creditors added by amendment or conversion (Schedule of Unpaid Debts): not accompanied by a list of additional creditors and signed cover sheet in the format specified by Clerk's Office [See LBR 1009–1(B)(1) or LBR 1017–1(A)(1)].
- ▁ **ELECTRONIC (ECF) FILINGS:** Additional creditor(s) not added via Creditor Maintenance upon filing of Schedule of Unpaid Debts/Amended Schedules

**CHAPTER 13 PLAN AND RELATED MOTIONS [LBR 3015–2]:**

- ▁ Not accompanied by a properly completed proof of service.
- ▁ Not on acceptable form approved by Court for use in Eastern District of Virginia pursuant to Local Bankruptcy Rule 3015–2(A)*.
- ▁ Not accompanied by a budget (copy of Schedules I and J attached to plan acceptable).
- **x** **Modified Plan**: Date, time and/or location of Modified Plan Confirmation Hearing omitted or incorrect. The debtor must obtain a new confirmation hearing date from the clerk PRIOR to filing a modified plan. The new confirmation hearing date must allow at least 35 days' notice and shall not be earlier than the date originally set for confirmation of the original plan [LBR 3015–2(F)(1)(C)]. To correct this error, the debtor must file a **Notice of Scheduled Confirmation Hearing** with the court and send a copy to all creditors and the trustee. The "notice" must indicate that if no objections are timely filed, a confirmation hearing will <u>not</u> be held.
- ▁ **Special Notice to Secured Creditor** – Date objection due; Date and time of confirmation hearing and/or Place of confirmation hearing omitted or incorrect.
- ▁

*A copy of the above−referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date: July 12, 2017                                                CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Terry I. Muller, Deputy Clerk  
Direct Dial Telephone No. (804) 916−2422

[igvolpplvDec2015.jsp]