UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:  Colette NMN Mapp            )        Case No.    17-30630-KRH
                                    )        Chapter 13

   Debtor Address    P.O. Box 60535
                     Washington, DC 20011

Last four digits of Social Security No(s).:  4074

## AMENDED MOTION TO DISMISS, NOTICE OF MOTION AND NOTICE OF THE HEARING

**NOW COMES** the Chapter 13 Trustee and moves this Court to dismiss this case as provided in 11 U.S.C. 1307(c)(1) for unreasonable delay that is prejudicial to creditors due to the debtor's continued failure to propose a confirmable plan and to address claims filed in the case. The case has been pending since February 8, 2017. The debtor has filed three amended plans, none of which were confirmable based on claims filed and plan language. In addition, the debtor has not made a payment since November 13, 2017. The debtor does not appear willing or able to propose a confirmable Chapter 13 plan.

Carl M. Bates, Chapter 13 Trustee, has filed papers with the court to dismiss this case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before seven (7) days before the date of the hearing, you or your attorney must:

   __X__      File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218
(804) 237-6800
VSBN 27815

>Clerk of Court
>United States Bankruptcy Court
>701 East Broad Street, Suite 4000
>Richmond, VA 23219

You must also mail a copy to:

>Carl M. Bates
>Chapter 13 Trustee
>P.O. Box 1819
>Richmond, VA 23218

_____	Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

   X   	Attend the hearing on the motion scheduled to be held on **March 14, 2018** at **11:00 am** at United States Bankruptcy Court, **701 East Broad Street, Richmond, VA 23219, Room 5000**.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:  February 15, 2018			/s/Carl M. Bates
					Carl M. Bates
					Chapter 13 Trustee


**Certificate of Service**

I hereby certify that I have on **February 15, 2018**, by mail, hand or electronically delivered a true copy of the foregoing Notice of Motion and Motion to the debtor(s) **Colette NMN Mapp, P.O. Box 60535, Washington, DC 20011** and debtor(s) attorney, **Richard C. Devor, Jr.,, via e-mail: Richard @cvlas.org**.

					/s/Carl M. Bates
					Carl M. Bates


Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218
(804) 237-6800
VSBN 27815

                Chapter 13 Trustee

Carl M. Bates  
Chapter 13 Trustee  
P.O. Box 1819  
Richmond, VA 23218  
(804) 237-6800  
VSBN 27815